UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMONA KEVEZA COLLECTION, LLC<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID'S BRIDAL, INC.,<br><br>　　　　　　　Defendant. | Case No.  1:17-cv-04393-GBD<br><br>**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

TO:　　Jason S. Nardiello, Esq.
　　　　Barclay Damon LLP
　　　　Barclay Damon Tower
　　　　125 East Jefferson Street
　　　　Syracuse, NY 13202
　　　　Attorneys for Plaintiff

　　　　PLEASE TAKE NOTICE that upon the accompanying Declaration of Lisa Reppert, Esq. sworn to on August 21, 2017 with annexed exhibits, Declaration of Christine Monkman sworn to on August 21, 2017 with annexed exhibits, Brief in Support of Motion, all prior pleadings and proceedings herein, and pursuant to Federal Rule of Civil Procedure 65 and this Court's inherent powers, Defendant, David's Bridal, Inc. ("DBI"), by their attorneys, Reppert Kelly, LLC, shall move this court on September 27, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable George B. Daniels, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an Order granting DBI a

temporary restraining order and preliminary injunction against plaintiff Romona Keveza Collection, LLC in accordance with the proposed order submitted herewith.

Dated: August 21, 2017
      New York, New York

                                **REPPERT KELLY, LLC**

                    By: */s/ Christopher P. Kelly*
                          Christopher P. Kelly
                          Lisa J. Reppert (pro hac vice pending)
                          120 Mountain View Boulevard
                          Post Office Box 509
                          Basking Ridge, New Jersey 07920
                          ckelly@reppertkelly.com
                          (908) 605-2120 Phone
                          (908) 605-2121 Fax

                          570 Lexington Avenue, 8th Floor
                          New York, New York 10019
                          (212) 490-0988 Phone
                          (212) 490-0287 Fax

                          *Attorneys for Defendant,*
                          *David's Bridal, Inc.*