UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROMONA KEVEZA COLLECTION, LLC**<br><br>　　　　　　**Plaintiff,**<br><br>　v.<br><br>**DAVID'S BRIDAL, INC.**<br><br>　　　　　　**Defendant.** | Case No.  1:17-cv-04393-GBD<br><br>**[PROPOSED] ORDER FOR INJUNCTIVE EMERGENT RELIEF ON BEHALF OF DEFENDANT, DAVID'S BRIDAL, INC.** |

　　　**THIS MATTER** having been brought before the Court upon the applications of the Romona Keveza Collection, LLC ("Plaintiff") and the Defendant, David's Bridal, Inc. ("Defendant") for cross-applications pursuant to Rules 65(a) of the Federal Rules of Civil Procedure for a temporary restraining order and/or preliminary injunction against the other,; and the Court having read and considered the papers submitted by the parties in support of their respective applications and those submitted in opposition; and having heard the arguments of counsel; and for good cause shown,

　　　It is on this _____ day of September 2017,

　　　**ORDERED** that the application of Defendant is GRANTED and the application of Plaintiff is DENIED; and it is further

　　　**ORDERED**, pending the final disposition of this case or until further order of this Court, Plaintiff, its agents, servants and employees, and all persons acting in concert therewith, be and hereby are:

(A)     Enjoined and restrained from marketing, promoting, advertising, offering for sale, selling and/or distributing any goods or services designed, manufactured, sold or offered for sale by Plaintiff, including without limitation, Plaintiff's ROMONA collection, bearing or using the term, label, hangtag or tagline "BE YOU.  BE YOUR OWN BRIDE", "BE YOUR OWN BRIDE", or any derivation thereof that incorporates the term "BE YOUR OWN BRIDE";

(B)     Enjoined and restrained from purchasing as a search term or metatag "BE YOU. BE YOUR OWN BRIDE", "BE YOUR OWN BRIDE" or any derivation thereof that incorporates the term "BE YOUR OWN BRIDE", from any internet search engine company or mobile or web-based application, including but not limited to, Google®, Yahoo® and Bing® and Pinterest®;

(C)     Directed to remove all labels and hangtags on goods and merchandise from its showrooms, warehouses, distribution centers and retail stores (and to recall all such goods and merchandise from any of its retail store customers) that contain the terms ""BE YOU.  BE YOUR OWN BRIDE" and/or "BE YOUR OWN BRIDE", or any derivation thereof that incorporates the term "BE YOUR OWN BRIDE";

(D)     Directed to remove from its company website and from all of its company-controlled social media platforms and websites, and mobile and web-based applications, including but not limited to, Facebook®, Instagram®, YouTube®, Twitter® and Pinterest®, all postings, photographs, pictures, videos, drawings, taglines, labels, brochures, banners, slides and word text that contain the terms ""BE YOU.  BE YOUR OWN BRIDE" and/or "BE YOUR OWN BRIDE", or any derivation thereof that incorporates the term "BE YOUR OWN BRIDE";

(E)     Directed to remove from its retail stores, showrooms, warehouses and distribution centers, all brochures, photographs, press books, press releases, pictures, videos, catalogues,

pamphlets, or any other forms of print or digital advertisements and marketing materials that contain the terms ""BE YOU.  BE YOUR OWN BRIDE" and/or "BE YOUR OWN BRIDE", or any derivation thereof that incorporates the term "BE YOUR OWN BRIDE";

(F)     Directed to instruct any and all internet search engine companies and mobile or web-based applications including, but not limited to, Google®, Yahoo®, Bing® and Pinterest®, to remove from its list of search terms and metatags purchased by Plaintiff any terms containing the words ""BE YOU.  BE YOUR OWN BRIDE" and/or "BE YOUR OWN BRIDE"; and

(G)     Directed to remove from all websites and mobile or web-based applications (or to otherwise direct the owners of such websites and mobile and web-based applications to remove) any paid advertisements, articles and promotional materials that advertise, display, market or otherwise promote any goods or services designed, manufactured, sold or offered for sale by Plaintiff, including without limitation, Plaintiff's ROMONA collection, that contain the label, term or tagline "BE YOU.  BE YOUR OWN BRIDE" or "BE YOUR OWN BRIDE", or any derivation thereof that incorporates the term "BE YOUR OWN BRIDE"; and it is further ORDERED, that the Temporary Restraining Order shall remain in effect until the date for hearing on the Order to Show Cause set forth above, or such further dates as set by the Court, unless Plaintiffs stipulate, or have not objected, to the Preliminary Injunction; and it is further

**ORDERED**, that Defendant shall post a corporate surety bond, cash or a certified or attorney's check in the amount of $_____as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

Dated:  _____          _____
           New York, New York              HON. GEORGE B. DANIELS, U.S.D.J.