**BARCLAY DAMON**LLP

**Jason S. Nardiello**
*Partner*

September 26, 2017

**VIA TELEFAX to (212) 805-6737**
**VIA CM/ECF ELECTRONIC FILING**

Hon. George B. Daniels, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: Romona Keveža Collection LLC v. David's Bridal, Inc.
     Case No. 1:17-CV-4393-GBD
     Hearing Date: September 27, 2017

Dear Judge Daniels:

  This office represents the plaintiff, Romona Keveža Collection LLC, in the above-referenced matter that is scheduled for oral arguments before Your Honor on September 27, 2017. We respectfully request Your Honor's permission to submit a sur-Reply to clarify a factual matter raised in the defendant's Reply Memorandum of Law in Further Support of a Preliminary Injunction and Temporary Restraining Order filed on September 22, 2017. The sur-Reply will be limited to the sole issue raised in Point II of defendant's Reply—specifically, that there is evidence establishing that the use of the BE YOU. BE YOUR OWN BRIDE. mark was made at the point of sale of the wedding dresses.

  Please do not hesitate to contact me with any questions. Thank you.

              Respectfully,

              s/ Jason S. Nardiello
              Jason S. Nardiello

cc: Christopher P. Kelly, Esq.