UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

ROMONA KEVEZA COLLECTION LLC,

                                    Plaintiff,

            -against-

DAVID'S BRIDAL, INC.

                                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 29 2017

ORDER

17 Civ. 4393 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's Motion for a Preliminary Injunction and a Temporary Restraining Order (ECF No. 5) is DENIED.

Defendant's Motion for a Preliminary Injunction and a Temporary Restraining Order (ECF No. 21) is DENIED.

Dated:  September 29, 2017
        New York, New York

                        SO ORDERED:

                        _George B. Daniels_
                        GEORGE B. DANIELS
                        United States District Judge

1